AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **VIRGINIA**

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| LINDA SUE CHEEK | Case Number: 7:12-CR-00040 |

| PRESIDING JUDGE<br>Hon. Glen E. Conrad | PLAINTIFF'S ATTORNEY<br>Jennie Waering & Vaso Doubles | DEFENDANT'S ATTORNEY<br>Rhonda Overstreet & Shawn Potter |
|---|---|---|
| TRIAL DATE(S)<br>February 12, 2013 | COURT REPORTER<br>Judy Webb | COURTROOM DEPUTY<br>Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/12/2013 | Yes | Yes | Stipulations Re Board of Medicine                    Dr. William Harp |
| 2 | | 2/12/2013 | Yes | Yes | Consent Order 12/27/05 |
| 3 | | 2/12/2013 | Yes | Yes | Case Western Reserve Program/Syllabus |
| 4 | | 2/12/2013 | Yes | Yes | Intensive Course in Controlled Substance Management/Case Western Detailed Syllabus |
| 5 | | 2/12/2013 | Yes | Yes | Order  6/4/08 |
| 6 | | 2/12/2013 | Yes | Yes | Order  10/29/08 |
| 7 | | 2/12/2013 | Yes | Yes | Letter to VA State Board of Medicine/HHS Exclusion Letter  10/2/08 |
| 8 | | 2/12/2013 | Yes | Yes | Application for Reinstatement of License re Linda Sue Cheek |
| 9 | | 2/12/2013 | Yes | Yes | Letter Reinstating Linda Sue Cheek License  2/12/09 |
| 10 | | 2/12/2013 | Yes | Yes | Order  6/8/11 |
| | | | | | Exhibits 1 - 10 Admitted by Stipulation |
| 11 | | 2/12/2013 | Yes | Yes | Stipulations Re Documents in the Custody of Dept. of Health Professions, Board of Medicine |
| 12 | | 2/12/2013 | Yes | Yes | Email from Linda Cheek to Board of Medicine  2/9/09 |
| 13 | | 2/12/2013 | Yes | Yes | Email from Jennie Wood to Linda Cheek  2/13/09 |
| 14 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to Debra Hay-Pierce w/ Dept. of Health Professions  7/5/09 |
| 15 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to Debra Hay-Pierce w/ Dept. of Health Professions  8/28/09 |
| 16 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to James Wall  1/13/10 |
| 17 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to James Wall  1/13/10 |
| 18 | | 2/12/2013 | Yes | Yes | Memorandum to Dr. Harp from James Wall  3/23/10 |
| | | | | | Exhibits 11 - 18 Admitted by Stipulation |
| 19 | | 2/12/2013 | Yes | Yes | Stipulations Re Board of Medicine Documents |
| 20 | | 2/12/2013 | Yes | Yes | Order  1/21/11 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

%AO 187A (Rev. 7/87)                              **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Linda Sue Cheek | | CASE NO. 7:12-cr-00040 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 21 | | 2/12/2013 | Yes | Yes | Copy of Front & Back Cover of Book - Opioid Prescribing              Dr. William Harp |
| 22 | | 2/12/2013 | Yes | Yes | Controlled Substance Act Power Point Slides              Mary Johnson Roche |
| 23 | | 2/12/2013 | Yes | Yes | Statute - Title 21, United States Code, Section 841(a)(1) |
| 24 | | 2/12/2013 | Yes | Yes | DEA Practitioner's Manual - 2006 Edition |
| 25 | | 2/12/2013 | Yes | Yes | Screen Print of Master Information for Linda Cheek |
| 26 | | 2/12/2013 | Yes | Yes | Screen Print of Master Information for Linda Cheek - New Application |
| 27 | | 2/12/2013 | Yes | Yes | History Info for DEA #: W09130715C |
| 28 | | 2/12/2012 | Yes | Yes | Certification of Registration History  DEA/Control # W09130715C |
| 29 | | 2/12/2013 | Yes | Yes | Certification of Registration History DEA/Reistration # BC4210865 |
| 30 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to Steven Tomaziefski  11/12/08              Steven Tomaziefski |
| 31 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to Steven Tomaziefski  11/14/08 |
| 32 | | 2/12/2013 | Yes | Yes | Copy of Linda Cheek DEA Registration Certificate |
| 33 | | 2/12/2013 | Yes | Yes | Linda Cheek Prescription Monitoring Program Report (filed Under Seal) |
| 34 | | 2/12/2013 | Yes | Yes | Faxed Copies of Prescriptions Prescribed by Linda Cheek on 2/23/09 and 3/20/09 |
| 35 | | 2/12/2013 | Yes | Yes | Copy of Prescription Prescribed by Linda Cheek on 2/23/09 |
| 36 | | 2/12/2013 | Yes | Yes | Copy of Prescription Prescribed by Linda Cheek on 3/20/09 |
| 37 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to Steven Tomaziefski  5/19/09 |
| 38 | | 2/12/2013 | Yes | Yes | Letter from Linda Cheek to Pharmacist  2/21/09 |
| 39 | | 2/12/2013 | Yes | Yes | Evidence Bag of Controlled Substance - Lortab Prescriped by Dr. Cheek 5/28/09 |
| 40 | | 2/12/2013 | Yes | Yes | Evidence Bag w/ Disk 1 & 2 of Office Visit w/ CS & Dr. Cheek 5/28/09 |
| 41 | | 2/12/2013 | Yes | Yes | Copy of Pharmacy Tag and Prescription for Lortab |
| 42 | | 2/12/2013 | Yes | Yes | Letter from linda Cheek to Walter Staples  5/6/10 |

Page  2   of  2   Pages