AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **VIRGINIA**

UNITED STAES OF AMERICA

V.

LINDA SUE CHEEK

**EXHIBIT AND WITNESS LIST**

Case Number: 712-CR-00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Glen E. Conrad | Jennie Waering and Vaso Doubles | Rhonda Overstreet and Shawn Potter |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 13, 2013 | Judy Webb | Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | 2/13/2013 | Yes | Yes | Evidence Bag /Disk of Video Recording of Dr. Schultz & Tomaziefski 6/17/09 Steven Tomaziefski |
| 44 | | 2/13/2013 | Yes | Yes | Copy of Verbal Contract between Dr. Schultz & Linda Cheek 6/25/09 |
| 45 | | 2/13/2013 | Yes | Yes | SC Invoice/Acct Bill w/ NRMA 5/28/09 |
| 46 | | 2/13/2013 | Yes | Yes | Prescriptions for SC prescribed by Cheek (noncontrolled substance) 5/28/09 |
| 47 | | 2/13/2013 | Yes | Yes | Literature/Brochure for Cheek Office |
| 48 | | 2/13/2013 | Yes | Yes | Appt. Card for Return Visit & Urinalysis Paperwork 5/28/09 |
| 49 | | 2/13/2013 | Yes | Yes | 9/5/07 SC Patient Notes |
| 50 | | 2/13/2013 | Yes | Yes | Prescrption Bag and Label from Called in Prescription for SC 5/28/09 |
| 51 | | 2/13/2013 | Yes | Yes | Evidence Bag w/ Disk of visit w/ SC , Dr Schultz & Cheek   6/4/09 |
| 52 | | 2/13/2013 | Yes | Yes | Evidence Bag w/ Prescription for TR prescribed by Linda Cheek  3/1/10 |
| 53 | | 2/13/2013 | Yes | Yes | Evidence Bag w/ Literature & Brochure from NRMA for TR  3/1/10 |
| 54 | | 2/13/2013 | Yes | Yes | Evidence Bag w/ Disk 1 & 2 -Recording of visit w/ TR and Cheek   3/1/10 |
| 55 | | 2/13/2013 | Yes | Yes | Evidence Bag w/ Recording Tapes of Undercover Visit w/ TFO Vince Haddox & Cheek  4/19/10 |
| 56 | | 2/13/2013 | Yes | Yes | Photo of NRMA |
| 57 | | 2/13/2013 | Yes | Yes | Layout of Dr. Cheek's Office/NRMA |
| 58A | | 2/13/2013 | Yes | Yes | Box 1 - Patient Files (filed Under Seal) |
| 58B | | 2/13/2013 | Yes | Yes | Box 2 - Patient Files (filed Under Seal) |
| 59 | | 2/13/2013 | Yes | Yes | Red Binder w/ Dr. Cheek Appointment Sheets (filed Under Seal) |
| 60 | | 2/13/2013 | Yes | Yes | Binder w/ Original Prescriptions from Search Warrant (filed Under Seal) |
| 61 | | 2/13/2013 | Yes | Yes | Binder w/ Redacted Copies of Prescriptions from Search Warrant |
| 62 | | 2/13/2013 | Yes | Yes | Email from Cheek to PMP  4/19/09 |
| 63 | | 2/13/2013 | Yes | Yes | Letter to Pharmacists from Cheek  8/7/09 |
| 64 | | 2/13/2013 | Yes | Yes | Original Prescriptions Obtained from Various Pharmacies (filed Under Seal) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America vs. Linda Sue Cheek | | | | | CASE NO. 7:12-cr-00040 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 2/13/2013 | Yes | Yes | Plaintiff Nos. 65A - 121A Various Redacted Patient Folders    Steven Tomaziefski |
| | | 2/13/2013 | Yes | Yes | Plaintiff Nos. 65B - 121B Various Unredacted Patient Folders |
| 122 | | 2/13/2013 | Yes | Yes | Agreement between Dr. Cheek & Dr. Schultz |
| 123 | | 2/13/2013 | Yes | Yes | Pain Mangement Expert Documents/Certificates for Cheek |
| 124 | | 2/13/2013 | Yes | Yes | Evidence Bag w/ Disk Recording of Cheek & Dr. Schultz 1/28/10 |
| 125 | A | 2/13/2013 | Yes | Yes | Redacted Signed Prescriptions taken 10/28/10 |
| 125 | B | 2/13/2013 | Yes | Yes | Original Signed Prescriptions taken 10/28/10 (filed Under Seal) |
| 126 | A | 2/13/2013 | Yes | Yes | Redacted Unsigned Prescriptions taken 10/28/10 |
| 126 | B | 2/13/2013 | Yes | Yes | Original Unsigned Prescriptions taken 10/28/10 (filed UNder Seal) |
| 127 | | 2/13/2013 | Yes | Yes | Letter from Cheek to Hospital Administrators 1/3/11 |
| 128 | | 2/13/2013 | Yes | Yes | SCC NRMA Corp. Documents |
| 129 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Linda Sue Cheek Testimony |
| 130 | | 2/13/2013 | Yes | Yes | Redacted Transcript of Linda Cheek DEA Testimony 10/6/10 |
| 131 | | 2/13/2013 | Yes | Yes | Redacted DHP Testimony 6/24/11 |
| 132 | | 2/13/2013 | Yes | No | Transcript of Schultz recording 10/28/10 |
| 133 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony of Pam Furman |
| 134 | | 2/13/2013 | Yes | Yes | Stipulation of Testimony of Diane Dittyw/ Walgreen Call In Label |
| 135 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony of George Fetco |
| 136 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimoy of Charles Brookes |
| 137 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony of Rite Aid Custodian of Records |
| 138 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony ofCharles O'Roark |
| 139 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony of Emilie Tomlin |
| 140 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony of Eddie Hale |
| | | | | | Exhibits 133 - 140 Admitted by Stipulation |
| 141 | | 2/13/2013 | Yes | Yes | Transcript of SC Appointment w/ Cheek 5/28/09    TFO Aaron Valley |
| 142 | | 2/13/2013 | Yes | Yes | Transcript Associated w/ ex #51 Audio/Transcript 6/4/09 |
| | | | | | SA Lawrence Christmas |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | Linda Sue Cheek | CASE NO. 7:12-cr-00040 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/13/2013 | | | Expert Witness Nicole Edwards-Court Qualifies as Expert in Froresic Chemistry Drug Analysis |
| 143 | | 2/13/2013 | Yes | Yes | Lab Report 10/22/09 |
| 144 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony of Tim Schwin |
| 145 | | 2/13/2013 | Yes | Yes | Stipulation Regarding Testimony of William Fauber |

Page  3  of  3  Pages