AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __VIRGINIA__

UNITED STATES OF AMERICA

V.

LINDA SUE CHEEK

**EXHIBIT AND WITNESS LIST**

Case Number: 7:12-CR-00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Glen E. Conrad | Jennie Waering and Vaso Doubles | Rhonda Overstreet and Shawn Potter |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 14, 2013 | Judy Webb | Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 146 | | 2/14/2013 | Yes | Yes | Pharmicist Sam Cox Prescription | Sam Cox |
| 147 | | 2/14/2013 | Yes | Yes | Pharmacist Doug Futrell Prescription | Doug Futrell |
| 148 | | 2/14/2013 | Yes | Yes | Letters to Area Pharmacies and Physicians from Cheek | |
| 149 | | 2/14/2013 | Yes | Yes | Pharmacist Senthil Marimuthu Prescription | Senthil Marimuthu |
| 150 | | 2/14/2013 | Yes | Yes | Pharmacist William Hale Prescription | William Hale |
| 151 | | 2/14/2013 | Yes | Yes | Pharmacist David Davidson Prescription | David Davidson |
| 152 | | 2/14/2013 | Yes | Yes | Transcript of TR visit with Cheek | TFO Chris Young |
| 153 | | 2/14/2013 | Yes | Yes | Evidence Bag w/ Disk Recording of NRMA Search Warrant 6/14/10 | |
| 154 | | 2/14/2013 | Yes | Yes | Various Photos of NRMA | |
| 155 | | 2/14/2013 | Yes | Yes | Photos of NRMA-Cheek Office Library/Reference Materials | |
| 156 | | 2/14/2013 | Yes | Yes | Photo of Prescription for Oxycontin 12/3/09 | |
| | | 2/14/2013 | Yes | Yes | Plaintiff #'s 157A -157E Various Photos of NRMA | |
| 158 | | 2/14/2013 | Yes | Yes | Photos of NRMA Reception Area | |
| 160 | | 2/14/2013 | Yes | Yes | Calloway Lab Report 4/6/09 | Jennifer Boyd |
| | | 2/14/2013 | | | | Dennis Cotellese |
| | | 2/14/2013 | | | | Jason Surrat |
| | | 2/14/2013 | | | | Paul Britton |
| 161 | | 2/14/2013 | Yes | Yes | Prescription for Steven Hughes | Steven Hughes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages