✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| LINDA SUE CHEEK | Case Number: 7:12-CR-00040 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Glen E. Conrad | Jennie Waering and Vaso Doubles | Rhonda Overstreet and Shawn Potter |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 18, 2013 | Judy Webb | Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Bill Overstreet |
| 162 | | 2/18/2013 | Yes | Yes | Transcript of Ex # 55 Visit w/ Vincent Haddox and Cheek 4/19/10    Vincent Haddox |
| 163 | | 2/18/2013 | Yes | Yes | Letter giving April Yopp authority to call in Schedule 3-5 meds for Schultz 7/20/09   April Yopp |
| 164 | | 2/18/2013 | Yes | Yes | Photos of NRMA Reception Area |
| 165 | | 2/18/2013 | Yes | No | Insurance Claim Forms for Medicare/Medicaid - Marked for Identification |
| 166 | | 2/18/2013 | Yes | Yes | Linda Cheek Fee Schedule |
| 167 | | 2/18/2013 | Yes | Yes | Letter to Cheek from Mark Nichols    Mark Nichols |
| 168 | | 2/18/2013 | Yes | Yes | Recommendation Letter re Cheek to Jennie Wood from Schultz 1/21/09   Dr. Kathleen Schultz |
| 169 | | 2/18/2013 | Yes | Yes | 5/8/08 Michael D Patient Notes |
| 170 | | 2/18/2013 | Yes | Yes | Affidavit/Statement of Schultz 6/14/10 |
| 171 | | 2/18/2013 | Yes | Yes | Folder of Emails between Schultz and Cheek from Schultz Computer |
| 172 | | 2/18/2013 | Yes | Yes | Letter to James Wall from Schultz regarding Cheek 1/29/10 |
| 173 | | 2/18/2013 | Yes | Yes | Letter to James Walls from Schultz regarding Case #131394  7/12/10 |
| 174 | A | 2/18/2013 | Yes | Yes | Red Folder - PMP for Schultz |
| 174 | B | 2/18/2013 | Yes | Yes | Red Folder - PMP(part 2) for Schultz |
| 175 | | 2/18/2013 | Yes | Yes | Schultz Voluntary Surrender of Controlled Substances Privileges 10/27/10 |
| 176 | | 2/18/2013 | Yes | Yes | Transcript of Schultz Consensual Recording 10/28/10 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages