🖉AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     **DISTRICT OF**     VIRGINIA

UNITED STATES OF AMERICA

V.

LINDA SUE CHEEK

## EXHIBIT AND WITNESS LIST

Case Number:  7:12-CR-00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Glen E. Conrad | Jennie Waering and Vaso Doubles | Rhonda Overstreet and Shawn Potter |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 20, 2013 | Judy Webb | Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/20/2013 | | | (continue w/ ex# 179 - Summary Sheet of Counts)                          Rob Slease |
| 180 | | 2/20/2013 | Yes | Yes | Schultz PMP 8/08 - 2/09 |
| 181 | | 2/20/2013 | Yes | Yes | Summary Chart Before/After Schultz |
| 182 | | 2/20/2013 | Yes | Yes | Letter to Cheek from Office of Inspector General, Office of Investigation  6/11/08 |
| 183 | | 2/20/2013 | Yes | Yes | * Admitted over Objection - Insurance Claim Form Medicaid/Medicare |
| 184 | | 2/20/2013 | Yes | Yes | Certificate from Commonwealth of Virginia for CBA Associates |
| 185 | | 2/20/2013 | Yes | Yes | Folder of Record of Payments from Cheek to Schultz  4/2/09 - 10/21/10 |
| 186 | | 2/20/2013 | Yes | Yes | Folder of NRMA Bank  Records 9/08 - 6/11 |
| 187 | | 2/20/2013 | Yes | Yes | Folder of CBA Associates, Inc. Bank  Records 9/08 - 6/11 |
| 188 | | 2/20/2013 | Yes | Yes | Folder of Linda Cheek Bank Records/ Credit Card Deposits 9/08 - 6/11 |
| 189 | | 2/20/2013 | Yes | Yes | Financial Chart from 9/08 -6/11 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.