FILED IN OPEN COURT
DATE 2-21-2013
BY L. Bright
DEPUTY CLERK
Roanoke DIVISION, W.D. of VA

Can you please explain to us the definition of intent.