FILED IN OPEN COURT
DATE 2-21-2013
BY Linda Bratt
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT Roanoke DIVISION, W.D. of VA
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 7:12CR00040 |
| v. ) | **VERDICT FORM** |
| LINDA SUE CHEEK, ) | |
| Defendant. ) | |

### Counts 1 through 5

Counts 1 through 5 charge the defendant with knowingly and intentionally dispensing or distributing a controlled substance without holding a valid certificate of DEA registration, in violation of 21 U.S.C. § 841(a)(1). Your verdict on each of these counts must be unanimous.

| Count # | Prescription Date | Patient Initials | Drug Written | Quantity/Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 1 | 2/23/09 | RL | Lortab 7.5 | 120/2R | Guilty |
| 2 | 2/23/09 | WR | Ambien 10 | 30/5R | Guilty |
| 3 | 3/20/09 | JB | Lyrica 75 | 60/2R | Guilty |
| 4 | 4/6/09 | JS | Lortab 7.5 | 60/1R | Guilty |
| 5 | 5/14/09 | VY | Ambien 10 | 30/5R | Guilty |

### Counts 6 through 10

Counts 6 through 10 charge the defendant with knowingly and intentionally using a DEA registration number that had been revoked or suspended in the course of dispensing a controlled substance, in violation of 21 U.S.C. § 843(a)(2). Your verdict on each of these counts must be unanimous.

| Count # | Prescription Date | Patient Initials | Drug Written | Quantity/Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 6 | 2/23/09 | RL | Lortab 7.5 | 120/2R | Guilty |
| 7 | 2/23/09 | WR | Ambien 10 | 30/5R | Guilty |

| Count # | Prescription Date | Patient Initials | Drug Written | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 8 | 3/20/09 | JB | Lyrica 75 | 60/2R | Guilty |
| 9 | 4/6/09 | JS | Lortab 7.5 | 60/1R | Guilty |
| 10 | 5/14/09 | VY | Ambien 10 | 30/5R | Guilty |

### Counts 11 through 91

Counts 11 through 91 charge the defendant with knowingly and intentionally dispensing or distributing a controlled substance without a valid DEA registration or not for a legitimate medical purpose by a practitioner acting in the usual course of professional practice, in violation of 21 U.S.C. § 841(a)(1). Your verdict on each of these counts must be unanimous.

| Count # | Date Called | Patient Initials | Drug | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 11 | 3/3/09 | EH | Hydrocodone 10 | 90 | Guilty |
| 12 | 3/3/09 | AT-1 | Hydrocodone 7.5 | 90 | Guilty |
| 13 | 4/6/09 | AT-1 | Hydrocodone 10 | 90/2R | Guilty |
| 14 | 3/6/09 | RG | Hydrocodone 10 | 40 | Guilty |
| 15 | 3/6/09 | RG | Diazepam 10 | 120 | Guilty |
| 16 | 3/10/09 | CG | Hydrocodone 7.5 | 10 | Guilty |
| 17 | 3/16/09 | AW | Hydrocodone 10 | 60 | Guilty |
| 18 | 3/16/09 | AW | Diazepam 10 | 60 | Guilty |
| 19 | 3/17/09 | VH | Hydrocodone 10 | 15 | Guilty |
| 20 | 3/17/09 | VH | Alprazolam 1 | 120 | Guilty |
| 21 | 3/20/09 | DM | Hydrocodone 10 | 60 | Guilty |
| 22 | 3/24/09 | DP | Hydrocodone 7.5 | 12 | Guilty |

| Count # | Date Called | Patient Initials | Drug | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 23 | 3/25/09 | CH | Hydrocodone 7.5 | 150 | Guilty |
| 24 | 4/21/09 | CH | Hydrocodone 7.5 | 150 | Guilty |
| 25 | 3/30/09 | WLS | Hydrocodone 10 | 15 | Guilty |
| 26 | 3/30/09 | WLS | Alprazolam .5 | 40 | Guilty |
| 27 | 3/30/09 | WLS | Diazepam 5 | 60 | Guilty |
| 28 | 4/1/09 | CR-1 | Hydrocodone 10 | 60 | Guilty |
| 29 | 4/5/09 | RE | Hydrocodone 10 | 60 | Guilty |
| 30 | 4/22/09 | JF | Hydrocodone 5 | 20 | Guilty |
| 31 | 6/19/09 | JF | Hydrocodone 10 | 20 | Guilty |
| 32 | 5/4/09 | DMc | Phentermine | 30 | Guilty |
| 33 | 6/10/09 | DMc | Phentermine | 30 | Guilty |
| 34 | 5/5/09 | AT-2 | Hydrocodone 10 | 20 | Guilty |
| 35 | 5/6/09 | LE | Hydrocodone 7.5 | 90 | Guilty |
| 36 | 5/6/09 | LE | Phentermine 30 | 30 | Guilty |
| 37 | 6/2/09 | LE | Hydrocodone 10 | 90/1R | Guilty |
| 38 | 6/2/09 | LE | Phentermine 30 | 30/1R | Guilty |
| 39 | 8/5/09 | LE | Hydrocodone 10 | 90/1R | Guilty |
| 40 | 8/5/09 | LE | Phentermine 30 | 30 | Guilty |
| 41 | 10/14/09 | LE | Hydrocodone 10 | 90/3R | Guilty |
| 42 | 10/14/09 | LE | Phentermine 37.5 | 30 | Guilty |
| 43 | 5/6/09 | DW | Hydrocodone 10 | 30 | Guilty |
| 44 | 5/11/09 | GT | Hydrocodone 10 | 90 | Guilty |
| 45 | 5/11/09 | GT | Diazepam 5 | 60 | Guilty |

| Count # | Date Called | Patient Initials | Drug | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 46 | 5/20/09 | JB | Hydrocodone 10 | 100 | Guilty |
| 47 | 6/16/09 | JB | Hydrocodone 10 | 40 | Guilty |
| 48 | 5/28/09 | SC-1 | Hydrocodone 10 | 45 | Guilty |
| 49 | 5/29/09 | BS | Hydrocodone 10 | 30 | Guilty |
| 50 | 5/29/09 | BS | Alprazolam 1 | 90 | Guilty |
| 51 | 5/29/09 | ET | Hydrocodone 10 | 60 | Guilty |
| 52 | 6/2/09 | RH | Hydrocodone 5 | 120 | Guilty |
| 53 | 6/2/09 | RH | Alprazolam 1 | 45 | Guilty |
| 54 | 6/5/09 | JS | Hydrocodone 7.5 | 90/1R | Guilty |
| 55 | 8/5/09 | JS | Lortab 7.5 | 90/3R | Guilty |
| 56 | 6/5/09 | WW | Hydrocodone 10 | 30 | Guilty |
| 57 | 6/5/09 | WW | Alprazolam 1 | 90 | Guilty |
| 58 | 6/5/09 | WW | Clonazepam .5 | 60/1R | Guilty |
| 59 | 6/9/09 | DF | Hydrocodone 7.5 | 20 | Guilty |
| 60 | 10/16/09 | DF | Hydrocodone 7.5 | 20 | Guilty |
| 61 | 10/16/09 | DF | Diazepam 5 | 20 | Guilty |
| 62 | 6/10/09 | WB | Hydrocodone 10 | 120 | Guilty |
| 63 | 6/17/09 | AB | Hydrocodone 7.5 | 10 | Guilty |
| 64 | 6/24/09 | CR-2 | Hydrocodone 7.5 | 30 | Guilty |
| 65 | 7/20/09 | MP | Hydrocodone 10 | 12 | Guilty |
| 66 | 8/5/09 | MF | Hydrocodone 7.5 | 5 | Guilty |
| 67 | 9/2/09 | AD | Lortab 10 | 5 | Guilty |

4

| Count # | Date Called | Patient Initials | Drug | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 68 | 9/17/09 | GN | Hydrocodone 10 | 45 | Guilty |
| 69 | 9/18/09 | RR | Hydrocodone 7.5 | 25 | Guilty |
| 70 | 10/20/09 | RT | Hydrocodone 7.5 | 6 | Guilty |
| 71 | 11/2/09 | GS | Hydrocodone 7.5 | 40 | Guilty |
| 72 | 11/4/09 | JP | Hydrocodone 10 | 22 | Guilty |
| 73 | 11/11/09 | PB | Hydrocodone 7.5 | 25 | Guilty |
| 74 | 11/18/09 | TL | Hydrocodone 5 | 15 | Guilty |
| 75 | 12/9/09 | BC | Hydrocodone 7.5 | 24 | Guilty |
| 76 | 12/9/09 | BC | Diazepam 5 | 24 | Guilty |
| 77 | 12/9/09 | JD | Lortab 7.5 | 15 | Guilty |
| 78 | 12/9/09 | GD | Hydrocodone 7.5 | 25 | Guilty |
| 79 | 12/11/09 | SH | Hydrocodone 10 | 18 | Guilty |
| 80 | 12/30/09 | KS | Hydrocodone 10 | 30 | Guilty |
| 81 | 12/31/09 | JH | Hydrocodone 7.5 | 20 | Guilty |
| 82 | 1/22/10 | DC | Hydrocodone 10 | 25 | Guilty |
| 83 | 1/22/10 | DC | Alprazolam 1 | 20 | Guilty |
| 84 | 1/29/10 | WG | Hydrocodone 10 | 20 | Guilty |
| 85 | 2/8/10 | JW | Hydrocodone 10 | 12 | Guilty |
| 86 | 3/24/10 | MB | Hydrocodone 7.5 | 24 | Guilty |
| 87 | 4/19/10 | TC | Hydrocodone 10 | 24 | Guilty |
| 88 | 4/19/10 | TC | Clonazepam 1 | 60 | Guilty |
| 89 | 4/28/10 | LH | Hydrocodone 7.5 | 4 | Guilty |
| 90 | 5/17/10 | TA | Hydrocodone 7.5 | 21 | Guilty |

5

| Count # | Date Called | Patient Initials | Drug | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 91 | 5/19/10 | SC-2 | Hydrocodone 7.5 | 5 | Guilty |

## Counts 92 through 172

Counts 92 through 172 charge the defendant with knowingly and intentionally using a DEA registration number that had been issued to another person in the course of dispensing or distributing a controlled substance, in violation of 21 U.S.C. § 843(a)(2). Your verdict on each of these counts must be unanimous.

| Count # | Prescription Date | Patient Initials | Drug Written | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 92 | 3/3/09 | EH | Hydrocodone 10 | 90 | Guilty |
| 93 | 3/3/09 | AT-1 | Hydrocodone 7.5 | 90 | Guilty |
| 94 | 4/6/09 | AT-1 | Hydrocodone 10 | 90/2R | Guilty |
| 95 | 3/6/09 | RG | Hydrocodone 10 | 40 | Guilty |
| 96 | 3/6/09 | RG | Diazepam 10 | 120 | Guilty |
| 97 | 3/10/09 | CG | Hydrocodone 7.5 | 10 | Guilty |
| 98 | 3/16/09 | AW | Hydrocodone 10 | 60 | Guilty |
| 99 | 3/16/09 | AW | Diazepam 10 | 60 | Guilty |
| 100 | 3/17/09 | VH | Hydrocodone 10 | 15 | Guilty |
| 101 | 3/17/09 | VH | Alprazolam 1 | 120 | Guilty |
| 102 | 3/20/09 | DM | Hydrocodone 10 | 60 | Guilty |
| 103 | 3/24/09 | DP | Hydrocodone 7.5 | 12 | Guilty |
| 104 | 3/25/09 | CH | Hydrocodone 7.5 | 150 | Guilty |
| 105 | 4/21/09 | CH | Hydrocodone 7.5 | 150 | Guilty |

6

| Count # | Prescription Date | Patient Initials | Drug Written | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 106 | 3/30/09 | WLS | Hydrocodone 10 | 15 | Guilty |
| 107 | 3/30/09 | WLS | Alprazolam .5 | 40 | Guilty |
| 108 | 3/30/09 | WLS | Diazepam 5 | 60 | Guilty |
| 109 | 4/1/09 | CR-1 | Hydrocodone 10 | 60 | Guilty |
| 110 | 4/5/09 | RE | Hydrocodone 10 | 60 | Guilty |
| 111 | 4/22/09 | JF | Hydrocodone 5 | 20 | Guilty |
| 112 | 6/19/09 | JF | Hydrocodone 10 | 20 | Guilty |
| 113 | 5/4/09 | DMc | Phentermine | 30 | Guilty |
| 114 | 6/10/09 | DMc | Phentermine | 30 | Guilty |
| 115 | 5/5/09 | AT-2 | Hydrocodone 10 | 20 | Guilty |
| 116 | 5/6/09 | LE | Hydrocodone 7.5 | 90 | Guilty |
| 117 | 5/6/09 | LE | Phentermine 30 | 30 | Guilty |
| 118 | 6/2/09 | LE | Hydrocodone 10 | 90/1R | Guilty |
| 119 | 6/2/09 | LE | Phentermine 30 | 30/1R | Guilty |
| 120 | 8/5/09 | LE | Hydrocodone 10 | 90/1R | Guilty |
| 121 | 8/5/09 | LE | Phentermine 30 | 30 | Guilty |
| 122 | 10/14/09 | LE | Hydrocodone 10 | 90/3R | Guilty |
| 123 | 10/14/09 | LE | Phentermine 37.5 | 30 | Guilty |
| 124 | 5/6/09 | DW | Hydrocodone 10 | 30 | Guilty |
| 125 | 5/11/09 | GT | Hydrocodone 10 | 90 | Guilty |
| 126 | 5/11/09 | GT | Diazepam 5 | 60 | Guilty |
| 127 | 5/20/09 | JB | Hydrocodone 10 | 100 | Guilty |
| 128 | 6/16/09 | JB | Hydrocodone 10 | 40 | Guilty |

| Count # | Prescription Date | Patient Initials | Drug Written | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 129 | 5/28/09 | SC-1 | Hydrocodone 10 | 45 | Guilty |
| 130 | 5/29/09 | BS | Hydrocodone 10 | 30 | Guilty |
| 131 | 5/29/09 | BS | Alprazolam 1 | 90 | Guilty |
| 132 | 5/29/09 | ET | Hydrocodone 10 | 60 | Guilty |
| 133 | 6/2/09 | RH | Hydrocodone 5 | 120 | Guilty |
| 134 | 6/2/09 | RH | Alprazolam 1 | 45 | Guilty |
| 135 | 6/5/09 | JS | Hydrocodone 7.5 | 90/1R | Guilty |
| 136 | 8/5/09 | JS | Lortab 7.5 | 90/3R | Guilty |
| 137 | 6/5/09 | WW | Hydrocodone 10 | 30 | Guilty |
| 138 | 6/5/09 | WW | Alprazolam 1 | 90 | Guilty |
| 139 | 6/5/09 | WW | Clonazepam .5 | 60/1R | Guilty |
| 140 | 6/9/09 | DF | Hydrocodone 7.5 | 20 | Guilty |
| 141 | 10/16/09 | DF | Hydrocodone 7.5 | 20 | Guilty |
| 142 | 10/16/09 | DF | Diazepam 5 | 20 | Guilty |
| 143 | 6/10/09 | WB | Hydrocodone 10 | 120 | Guilty |
| 144 | 6/17/09 | AB | Hydrocodone 7.5 | 10 | Guilty |
| 145 | 6/24/09 | CR-2 | Hydrocodone 7.5 | 30 | Guilty |
| 146 | 7/20/09 | MP | Hydrocodone 10 | 12 | Guilty |
| 147 | 8/5/09 | MF | Hydrocodone 7.5 | 5 | Guilty |
| 148 | 9/2/09 | AD | Lortab 10 | 5 | Guilty |
| 149 | 9/17/09 | GN | Hydrocodone 10 | 45 | Guilty |
| 150 | 9/18/09 | RR | Hydrocodone 7.5 | 25 | Guilty |

| Count # | Prescription Date | Patient Initials | Drug Written | Quantity/ Refills | Verdict Guilty / Not Guilty |
|---|---|---|---|---|---|
| 151 | 10/20/09 | RT | Hydrocodone 7.5 | 6 | Guilty |
| 152 | 11/2/09 | GS | Hydrocodone 7.5 | 40 | Guilty |
| 153 | 11/4/09 | JP | Hydrocodone 10 | 22 | Guilty |
| 154 | 11/11/09 | PB | Hydrocodone 7.5 | 25 | Guilty |
| 155 | 11/18/09 | TL | Hydrocodone 5 | 15 | Guilty |
| 156 | 12/9/09 | BC | Hydrocodone 7.5 | 24 | Guilty |
| 157 | 12/9/09 | BC | Diazepam 5 | 24 | Guilty |
| 158 | 12/9/09 | JD | Lortab 7.5 | 15 | Guilty |
| 159 | 12/9/09 | GD | Hydrocodone 7.5 | 25 | Guilty |
| 160 | 12/11/09 | SH | Hydrocodone 10 | 18 | Guilty |
| 161 | 12/30/09 | KS | Hydrocodone 10 | 30 | Guilty |
| 162 | 12/31/09 | JH | Hydrocodone 7.5 | 20 | Guilty |
| 163 | 1/22/10 | DC | Hydrocodone 10 | 25 | Guilty |
| 164 | 1/22/10 | DC | Alprazolam 1 | 20 | Guilty |
| 165 | 1/29/10 | WG | Hydrocodone 10 | 20 | Guilty |
| 166 | 2/8/10 | JW | Hydrocodone 10 | 12 | Guilty |
| 167 | 3/24/10 | MB | Hydrocodone 7.5 | 24 | Guilty |
| 168 | 4/19/10 | TC | Hydrocodone 10 | 24 | Guilty |
| 169 | 4/19/10 | TC | Clonazepam 1 | 60 | Guilty |
| 170 | 4/28/10 | LH | Hydrocodone 7.5 | 4 | Guilty |
| 171 | 5/17/10 | TA | Hydrocodone 7.5 | 21 | Guilty |
| 172 | 5/19/10 | SC-2 | Hydrocodone 7.5 | 5 | Guilty |

## Count 173

Count 173 charges that, between on or about February 23, 2009 and continuing thereafter until at least October 27, 2010, the defendant knowingly and intentionally maintained 28-32 Town Center Drive, Dublin, Virginia, the address of New River Medical Associates, Inc., for the purpose of unlawfully distributing controlled substances, in violation of 21 U.S.C. § 856(a)(1). Your verdict on this count must be unanimous.

| Count # | Charge | Verdict Guilty / Not Guilty |
| --- | --- | --- |
| 173 | Maintaining a drug-involved premises | NOT Guilty |

Date: 2/21/13

_Mark T. White_
Signature of Foreperson

_Mark E. Hartsel_
Printed Name of Foreperson